IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOHNNY M. STAFFORD | § | |
| v. | § | CIVIL ACTION NO. 6:08cv242 |
| CHINN EXPLORATION COMPANY | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed without prejudice as a result of Plaintiff's failure to comply with an Order to amend the complaint. No written objections have been filed. The Report and Recommendation was returned to the Court on August 18, 2008 as undeliverable with the notation "unable to forward." Plaintiff no longer resides at his last known address and he has not provided the Court with a new address. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to prosecute. Fed.R.Civ.P. 41(b). Any motion not previously ruled on is **DENIED**.

**SIGNED** this 20th day of August, 2008.

N:\Civil\Referrals\Stafford - Order Adopting R&R.wpd

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE